900 A.2d 319

IN THE MATTER OF FRANKLIN H. BARNES, IV, AN ATTORNEY AT LAW (ATTORNEY NO. 026961992).

June 22, 2006.

ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a) recommending that **FRANKLIN H. BARNES, IV**, of **RANDOLPH**, who was admitted to the bar of this State in 1992, be immediately temporarily suspended from the practice of law, and good cause appearing;

It Is ORDERED that **FRANKLIN H. BARNES, IV**, is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **FRANKLIN H. BARNES, IV**, be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **FRANKLIN H. BARNES, IV**, pursuant to *Rule* 1:21–6 shall be restrained from

disbursement except on application to this Court for good cause shown pending the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.